# Gateway Bank, F.S.B.

360 8th Street
Oakland, CA 94607

FDIC Certificate #: 33103     **Bank Charter Class:** SA

| Definition | Dollar figures in thousands | GATEWAY BANK, FSB San Francisco, CA March 31, 2010 | GATEWAY BANK, F.S.B. Oakland, CA March 31, 2021 |
|---|---|---:|---:|
| | **All Summary Information** | | |
| | **Assets and Liabilities** | | |
| 1 | Total employees (full-time equivalent) | 84 | 22 |
| 2 | **Total assets** | **357,144** | **184,210** |
| 3 | Cash and due from depository institutions | 40,672 | 19,263 |
| 4 | Interest-bearing balances | 39,124 | 18,135 |
| 5 | Securities | 20,209 | 17,875 |
| 6 | Federal funds sold and reverse repurchase agreements | 310 | 1,505 |
| 7 | Net loans and leases | 252,227 | 137,742 |
| 8 | Allowance for loan and lease losses ** | 5,400 | 1,340 |
| 9 | Trading account assets | 0 | 0 |
| 10 | Bank premises and fixed assets | 100 | 977 |
| 11 | Other real estate owned | 3,594 | 0 |
| 12 | Goodwill and other intangibles | 5,498 | 469 |
| 13 | All other assets | 34,534 | 6,379 |
| 14 | **Total liabilities and capital** | **357,144** | **184,210** |
| 15 | **Total liabilities** | **333,441** | **169,466** |
| 16 | Total deposits | 317,540 | 131,402 |
| 17 | Interest-bearing deposits | 301,245 | 114,762 |
| 18 | Deposits held in domestic offices | 317,540 | 131,402 |
| 19 | % insured | 93.96% | 93.98% |
| 20 | Federal funds purchased & repurchase agreements | 0 | 0 |
| 21 | Trading liabilities | N/A | 0 |
| 22 | Other borrowed funds | 13,500 | 36,198 |
| 23 | Subordinated debt | 0 | 0 |
| 24 | All other liabilities | 2,401 | 1,866 |
| 25 | **Total equity capital** | **23,703** | **14,744** |
| 26 | Total bank equity capital | 23,703 | 14,744 |
| 27 | Perpetual preferred stock | 12,365 | 3,687 |
| 28 | Common stock | 2,617 | 4,925 |
| 29 | Surplus | 6,625 | 34,323 |
| 30 | Undivided profits | 2,096 | -28,191 |
| 31 | Noncontrolling interests in consolidated subsidiaries | 0 | 0 |
| | **Memoranda:** | | |
| 32 | Noncurrent loans and leases | 19,450 | 551 |
| 33 | Noncurrent loans that are wholly or partially guaranteed by the U.S. government | 0 | 0 |
| 34 | Income earned, not collected on loans | 962 | 788 |
| 35 | Earning assets | 311,870 | 175,257 |
| 36 | Long-term assets (5+ years) | N/A | 45,899 |
| 37 | Average Assets, year-to-date | 390,891 | 181,954 |
| 38 | Average Assets, quarterly | 390,891 | 181,954 |
| 39 | Total risk weighted assets | 205,026 | 87,012 |
| 40 | Adjusted average assets for leverage capital purposes | 359,744 | 174,508 |
| 41 | Life insurance assets | 1,851 | 2,665 |
| 42 | General account life insurance assets | N/A | 2,665 |
| 43 | Separate account life insurance assets | N/A | 0 |
| 44 | Hybrid life insurance assets | N/A | 0 |
| 45 | Volatile liabilities | 13,500 | 11,260 |

| # | Item | (Year-to-date) | (Year-to-date) |
|---|------|---:|---:|
| 46 | Insider loans | 0 | 0 |
| 47 | FHLB advances | 13,500 | 33,774 |
| 48 | Loans and leases held for sale | N/A | 0 |
| 49 | Unused loan commitments | 11,184 | 1,734 |
| 50 | Tier 1 (core) risk-based capital | 25,949 | 14,693 |
| 51 | Tier 2 risk-based capital | 2,598 | 1,090 |
| 52 | Total unused commitments | 11,184 | 1,734 |
| 53 | Derivatives | N/A | 0 |
|  | Restructured Loans and leases |  |  |
|  | Past due and nonaccrual assets |  |  |
|  | Fiduciary and related services |  |  |

*Note: For institutions that have adopted CECL Methodology (ASU 2016-13), securities are reported net of allowances for credit losses.

** Note : For institutions that have adopted CECL methodology (ASU 2016-13), this item represents the allowance for credit losses on loans and leases held for investment and allocated transfer risk.

**Income and Expense**

| # | Item | (Year-to-date) | (Year-to-date) |
|---|------|---:|---:|
| 54 | Number of institutions reporting | 1 | 1 |
| 55 | Total interest income | 3,329 | 1,574 |
| 56 | Total interest expense | 1,790 | 242 |
| 57 | Net interest income | 1,539 | 1,332 |
| 58 | Provision for credit losses * | 7,423 | 0 |
| 59 | Total noninterest income | 822 | 453 |
| 60 | Fiduciary activities | N/A | 0 |
| 61 | Service charges on deposit accounts | N/A | 14 |
| 62 | Trading account gains & fees | -1,420 | N/A |
| 63 | Additional noninterest income | 2,242 | 439 |
| 64 | Total noninterest expense | 3,791 | 1,588 |
| 65 | Salaries and employee benefits | 666 | 803 |
| 66 | Premises and equipment expense | 357 | 111 |
| 67 | Additional noninterest expense | 2,768 | 674 |
| 68 | Pre-tax net operating income | -8,853 | 197 |
| 69 | Securities gains (losses) | 0 | 0 |
| 70 | Applicable income taxes | -3,664 | 0 |
| 71 | Income before extraordinary items | -5,189 | 197 |
| 72 | Discontinued operations (Extraordinary gains - net)** | 0 | 0 |
| 73 | Net income attributable to bank and noncontrolling interests | -5,189 | 197 |
| 74 | Net income attributable to noncontrolling interests | 0 | 0 |
| 75 | **Net income attributable to bank** | **-5,189** | **197** |
| 76 | Net charge-offs | 5,481 | 0 |
| 77 | Cash dividends | 0 | 0 |
| 78 | Sale, conversion, retirement of capital stock, net | 0 | 0 |
| 79 | Net operating income | -5,189 | 197 |

Memo:

Gross fiduciary and related services income

* Note: For institutions that have adopted CECL methodology (ASU 2016-13), this item represents provisions for all credit losses on a consolidated basis. For institutions that have not adopted CECL methodology (ASU 2016-13), this item represents the provision for loan and lease losses.

** Note: Accounting change as of September 2016, Extraordinary Gains,Net now only includes Discontinued Operations Expense.

**Performance and Condition Ratios**

| # | Item | (Year-to-date) | (Year-to-date) |
|---|------|---:|---:|
| 80 | % of unprofitable institutions | N/A | N/A |
| 81 | % of institutions with earnings gains | N/A | N/A |
|  | **Performance Ratios (%, annualized)** | (Year-to-date) | (Year-to-date) |
| 82 | Yield on earning assets | 3.84% | 3.64% |
| 83 | Cost of funding earning assets | 2.06% | 0.56% |
| 84 | Net interest margin | 1.77% | 3.08% |
| 85 | Noninterest income to assets | 0.84% | 1.00% |

| | | | |
|---|---|---|---|
| 86 Noninterest expense to assets | | 3.88% | 3.49% |
| 87 Credit loss provision to assets * | | 7.60% | 0 |
| 88 Net operating income to assets | | -5.31% | 0.43% |
| 89 Return on assets (ROA) | | -5.31% | 0.43% |
| 90 Pretax return on assets | | -9.06% | 0.43% |
| 91 Return on equity (ROE) | | -79.11% | 5.38% |
| 92 Retained earnings to average equity (YTD only) | | -79.11% | 5.38% |
| 93 Net charge-offs to loans and leases | | 7.60% | 0 |
| 94 Loan and lease loss provision to net charge-offs | | 135.43% | N/A |
| 95 Earnings coverage of net loan charge-offs (x) | | -0.26 | N/A |
| 96 Efficiency ratio | | 160.31% | 88.96% |
| 97 Assets per employee ($ millions) | | 4.25 | 8.37 |
| 98 Cash dividends to net income (YTD only) | | 0 | 0 |
| **Condition Ratios (%)** | | | |
| 99 Earning assets to total assets | | 87.32% | 95.14% |
| 100 Loan and lease loss allowance to loans and leases ** | | 2.10% | 0.96% |
| 101 Loan and lease loss allowance to noncurrent loans and leases ** | | 27.76% | 243.19% |
| 102 Noncurrent assets plus other real estate owned to assets | | 6.45% | 0.30% |
| 103 Noncurrent loans to loans | | 7.55% | 0.40% |
| 104 Net loans and leases to assets | | 70.62% | 74.77% |
| 105 Net loans and leases to deposits | | 79.43% | 104.82% |
| 106 Net loans and leases to core deposits | | 79.43% | 114.65% |
| 107 Domestic deposits to total assets | | 88.91% | 71.33% |
| 108 Equity capital to assets | | 6.64% | 8.00% |
| 109 Leverage (core capital) ratio | | 7.31% | 8.42% |
| 110 Elected community bank leverage ratio framework (1 is Yes) | | N/A | 0 |
| 111 Common equity tier 1 capital ratio *** | | N/A | 12.65% |
| 112 Tier 1 risk-based capital ratio *** | | 12.66% | 16.89% |
| 113 Total risk-based capital ratio *** | | 13.92% | 18.14% |
| **Memoranda:** | | | |
| 114 Average assets | | 390,891 | 181,954 |
| 115 Average earning assets | | 346,994 | 173,091 |
| 116 Average equity | | 26,238 | 14,645 |
| 117 Average loans | | 288,444 | 132,360 |

\* Note: For institutions that have adopted CECL methodology (ASU 2016-13), this item represents provisions for all credit losses on a consolidated basis. For institutions that have not adopted CECL methodology (ASU 2016-13), this item represents the provision for loan and lease losses.

\*\* Note: For institutions that have adopted CECL methodology (ASU 2016-13) this item represents the allowance for credit losses on loans and leases held for investment and allocated transfer risk.

\*\*\* Note: As of March 2020, not available for institutions that have elected the Community Bank Leverage Ratio (CBLR) framework.

| Definition | Demographic Information | June 30, 2022 | March 31, 2010 | March 31, 2021 |
|---|---|---|---|---|
| 1 | Status | Active | Active | Active |
| 2 | Bank Holding Company (Regulatory Top Holder) | See Note! | | |
| 3 | Certificate# | 33103 | 33103 | 33103 |
| 4 | Federal Reserve ID Number | 1493319 | 1493319 | 1493319 |
| 5 | Institution Name | Gateway Bank, F.S.B. | GATEWAY BANK, FSB | GATEWAY BANK, F.S.B. |
| 6 | City,State,Zip | Oakland, CA, 94607 | San Francisco, CA, 94118 | Oakland, CA, 94607 |
| 7 | Number of Domestic Offices | | 3 | 1 |
| 8 | Number of Foreign Offices | | N/A | N/A |
| 9 | Offices in insured other areas | | N/A | N/A |
| 10 | Interstate Offices | | No | No |
| 11 | Summary Of Deposits | | June 30, 2009 | June 30, 2020 |
| 12 | Current List of Total Offices | Offices All Other | | |

FDIC: Details and Financials - ID

| | Specialization < 1 Billion | Mortgage Lending Specialization | Commercial Lending Specialization |
|---|---|---|---|
| 13 Asset Concentration Hierarchy | | No | No |
| 14 Subchapter S Corporation | | No | No |
| 15 County | Alameda | San Francisco | Alameda |
| 16 Metropolitan Statistical Area | San Francisco-Oakland-Berkeley, CA | San Francisco-Oakland-Hayward, CA | San Francisco-Oakland-Hayward, CA |
| 17 Established Date | June 8, 1990 | June 8, 1990 | June 8, 1990 |
| 18 Date of Deposit Insurance | June 8, 1990 | June 8, 1990 | June 8, 1990 |
| 19 Last Structure Change Process Date | February 23, 2018 | | |
| 20 Last Structure Change Effective Date | February 23, 2018 | | |
| 21 Ownership Type | Stock | Stock | Stock |
| 22 Directly Owned by Another Bank?(CERT) | No | No | No |
| 23 FDIC Community Bank | Yes | Yes | Yes |
| 24 Trust Powers Granted | No | No | No |
| 25 Bank Charter Class | Savings Association | Savings Association | Savings Association |
| 26 Regulator | OCC | OTS | OCC |
| 27 CFPB Supervised | No | | |
| 28 Insurance fund membership | DIF | DIF | DIF |
| 29 FDIC Quarterly Banking Profile Region | San Francisco | San Francisco | San Francisco |
| 30 FDIC Geographic Region | San Francisco | San Francisco | San Francisco |
| 31 FDIC Supervisory Region | San Francisco | SAN FRANCISCO | SAN FRANCISCO |
| 32 FDIC Field Office | San Francisco | San Francisco | San Francisco |
| 33 Federal Reserve District | San Francisco | San Francisco | San Francisco |
| 34 Office of the Comptroller of the Currency District | Western | Western | Western |
| 35 FFIEC CallForm | | 100 | 51 |
| 36 Primary Web Address | | | www.gatewayfsb.com |
| 37 Other Name | | | |
| 38 Other Name | | | |
| 39 Other Name | | | |
| 40 Other Name | | | |
| 41 Other Name | | | |
| 42 Other Name | | | |
| 43 Other Website | | | |
| 44 Other Website | | | |
| 45 Other Website | | | |
| 46 OtherWebsite | | | |
| 47 Other Website | | | |
| 48 Other Website | | | |
| 49 Other Website | | | |
| 50 Other Website | | | |
| 51 Other Website | | | |
| 52 Other Website | | | |

The other name and additional website information begins in March 2014. The use of other names and additional websites is an optional business practice, not used by all bank... more